**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| RONALD BIRCHLER and ANNETTE BIRCHLER, | § § § | |
| Plaintifs, | § § | |
| V. | § § | CASE NO. 4:14cv81 |
| | § | Judge Clark/Judge Mazzant |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION and AMERICAN HOMES 4 RENT PROPERTIES EIGHT, LLC, | § § § § § | |
| Defendants. | § | |

**ORDER ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 15, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant JPMorgan Chase Bank, N.A.'S Motion to Dismiss Plaintiffs' Third Amended Complaint for Failure to State a Claim [Doc. #12] be denied.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant JPMorgan Chase Bank, N.A.'S Motion to Dismiss Plaintiffs' Third Amended Complaint for Failure to State a Claim [Doc. #12] is **DENIED.**

So **ORDERED** and **SIGNED** this **14** day of **July, 2014.**

_____
Ron Clark, United States District Judge